

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00198-CV

In re D.A.

§    Original Proceeding

§    From the 324th District Court

§    of Tarrant County (324-410099-06)

§    August 14, 2014

§    Per Curiam

## JUDGMENT

This court has considered the petition for writ of habeas corpus filed by Relator. We grant the relief requested in Relator's petition, order her released from the bond set by this court on June 20, 2014, and order her discharged.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM